## LAYSON v. COMMONWEALTH.

(Decided October 28, 1930.)

J. W. Cammack, Attorney General, (Howard Smith Gentry, of counsel), for the Commonwealth.

George J. Haer for movant.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## PING BROTHERS CONSTRUCTION COMPANY v. PRICE MEMORIAL HOSPITAL.

(Decided November 7, 1930.)

B. J. Bethrum for movant.

C. E. Rankin opposed.

PER CURIAM. Judgment for $405 in an action on contract for services.

Appeal denied; judgment affirmed.

## LONG v. SANDERS.

Decided November 11, 1930.)

Stephen D. Parish and E. Selby Wiggins for movant.

Ross & Ross opposed.

PER CURIAM. Judgment for $300 in an action upon a note.

Appeal denied; judgment affirmed.